**ABBOTT LABORATORIES** and Abbott Cardiovascular Systems, Inc., (formerly know as Advanced Cardiovascular Systems, Inc.), Plaintiffs–Appellants,

v.

**JOHNSON AND JOHNSON, INC.** and Cordis Corporation, Defendants–Appellees.

No. 2008–1198.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2008.

Leland G. Hansen, McAndrews, Held & Malloy, Ltd., of Chicago, IL, argued for plaintiffs-appellants. With him on the brief were Edward A. Mas, II, James M. Hafertepe, and Stephanie F. Pall.

Constantine L. Trela, Jr., Sidley Austin LLP, of Chicago, IL, argued for defendants-appellees. With him on the brief were David T. Pritikin, Russell E. Cass, and Andrew R. Hein.

NEWMAN, MAYER, and LOURIE, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.